**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VONG CHAI XIONG,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00642-DB** |
| | § | |
| **MARY DE ANDA-YBARRA**, *Field Office* | § | |
| *Director of Enforcement and Removal* | § | |
| *Operations, El Paso Field Office,* | § | |
| *Immigration and Customs Enforcement;* | § | |
| *Warden of ERO El Paso Camp East* | § | |
| *Montana*, *et al.*, | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the above-captioned case. On March 6, 2026, Petitioner

Vong Chai Xiong filed a "Verified Petition for Writ of Habeas Corpus Pursuant and Complaint for

Declaratory and Injunctive Relief," ECF No. 1. Petitioner is currently detained at the Immigration

and Customs Enforcement ("ICE") El Paso Processing Center in the Western District of Texas.

ECF No. 1 at 4. He argues his detention is unlawful and asks the Court to order his immediate

release. *Id.* at 16.

Petitioner is a citizen of Laos who entered the United States in 2004 as a refugee. ECF No.

1 at 7; ECF No. 4 at 2. He has an administratively final order of removal from January 22, 2019.

ECF No. 1 at 2. However, because Respondents were unable to remove Petitioner to Laos or any

other country, he was subsequently released from custody on an Order of Supervision ("OSUP")

on April 23, 2019. *Id.* at 7. Several years later, on January 29, 2026, Respondents re-detained

Petitioner. *Id.* at 2; ECF No. 4 at 2. Petitioner asserts, among other things, that his detention violates

his substantive due process rights under *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF No. 1 at

14–15. Before ruling on the merits of the Petition, the Court finds it necessary to clarify certain facts relating to Petitioner's detention.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a supplemental advisory, **no later than May 1, 2026,** directly answering the following:

1) Was Petitioner detained at any point prior to being ordered removed on January 22, 2019?

2) If yes, how long did he spend in custody at that time?

3) Other than his current detention as of January 29, 2026, was Petitioner detained after being ordered removed on January 22, 2019?

4) If yes, how long did he spend in custody before he was released on an Order of Supervision?

5) Cumulatively, how long has Petitioner been held in immigration detention since arriving in the United States in 2004?

**SIGNED** this **28th** day of **April 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**