**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VONG CHAI XIONG,**<br>**Petitioner,**<br><br>**v.**<br><br>**MARY DE ANDA-YBARRA**, *Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; Warden of ERO El Paso Camp East Montana*, *et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00642-DB** |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On June 3, 2026, Respondents filed an "Advisory to the Court," ECF No. 16. Therein, Respondents state "Petitioner was removed to Laos on June 2, 2026." *Id.* at 1. Given Petitioner asked to be released from custody during the pendency of his removal proceedings, and removal has now been effectuated, the Court finds the Petition, ECF No. 1, is now moot. Because it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.[1]

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Verified Petition for Writ of Habeas Corpus Pursuant and Complaint for Declaratory and Injunctive Relief," ECF No. 1, is **DENIED AS MOOT**.

---

[1] Should Petitioner later determine issues remain for consideration, Petitioner may file a motion to reopen the case.

**IT IS FURTHER ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **4th** day of **June 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**